# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CHRISTOPHER C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:20-cv-00118-NT |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED
## DECISION OF THE MAGISTRATE JUDGE

On February 23, 2021, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 25). The Plaintiff filed an objection to the Recommended Decision on March 8, 2021 (ECF No. 26). The Commissioner filed a response to the objection on March 10, 2021 (ECF No. 27).

I have reviewed and considered the Recommended Decision and the Plaintiff's objection, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision. In addition, addressing the Plaintiff's objection that the Recommended Decision did not expressly discuss the findings of the administrative law judge ("**ALJ**") concerning Dr. O'Brien's opinion relating to the Plaintiff's irritable bowel syndrome impairment, I note that the ALJ made findings that Dr. O'Brien's opinions were inconsistent with record medical evidence with respect to both his sleep

apnea impairment and his irritable bowel syndrome impairment, and that the ALJ's conclusion is supported by substantial evidence in the record. Further, the Plaintiff's objection raises several new arguments that were not presented to the Magistrate Judge and thus are waived.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that the Commissioner's decision is **AFFIRMED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 7th day of May, 2021.